

**The Law Office of John C. Kim, P.C.**
50 Court Street, Suite 708
Brooklyn, New York 11201
(718) 539 1100
john@jcklaw.com

March 26, 2025

**Hon. Louis A. Scarcella**
United States Bankruptcy Judge
United States Bankruptcy Court
Eastern District of New York
290 Federal Plaza
Central Islip, NY 11722

**Re:** *Choi v. Jang, et al.*
Adversary Proceeding No. 8-19-08088-las
(In re Jang, Case No. 19-72773, Chapter 7)

Dear Judge Scarcella:

Please be advised that I will remain as counsel of record for the Defendants, Eunjoo Jang and Jongdo Won, in the above-referenced adversary proceeding.

Respectfully submitted,

/**s**/ *John C. Kim*
John C. Kim, Esq.
Attorney for Defendants
Eunjoo Jang and Jongdo Won