UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------x

In re:

Eunjoo Jang *aka* Eun Joo Jang and
Jongdo Won aka Jong Do Won,

Debtors.

--------------------------------------------------------x

Case No. 8-19-72773-las

Chapter 7

Sunkyung Choi and Troy Law, PLLC,

Plaintiffs,

v.

Eunjoo Jang and Jongdo Won,

Defendants.

--------------------------------------------------------x

Adv. Proc. No. 8-19-08088-las

**ORDER**

The Court has held the trial in abeyance pending the plaintiff's ability to travel to the United States for trial due to issues relating to plaintiff's health. After due deliberation, it is hereby

**ORDERED**, that by no later than **October 14, 2026**, plaintiff's counsel shall file under seal in the Bankruptcy Court, the plaintiff's affidavit and the affidavit from the plaintiff's physician explaining the plaintiff's health condition filed on October 13, 2026 with the U.S. District Court under seal in Case No. 1: 1:17-cv-07295; and it is further

**ORDERED**, that a status conference shall be held on **October 20, 2026 at 11:00 a.m.** to discuss the adjourned trial date.

Dated: October 9, 2026
Central Islip, New York

Louis A. Scarcella
United States Bankruptcy Judge